**Opinion issued August 1, 2013**



In The

# Court of Appeals
### For The
# First District of Texas

---

**NO. 01–12–00543–CV**

---

**DAVID N. MANNING, Appellant**

**V.**

**WILMA J. MANNING, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 60486**

---

## MEMORANDUM OPINION

Appellant David N. Manning has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). On April 1, 2013, this Court sent a notice to appellant that the appeal was subject to dismissal because he had failed to timely file his brief, and required a response on or before April 11, 2013. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). On April 16, 2013, the notification was returned to the Court marked "Return to Sender, Not Deliverable As Addressed, Unable to Forward." The notice was sent to the address provided by appellant in his notice of appeal and other filings with this Court, and appellant has not provided the Court with a new address. Appellant was required to provide this Court with his current address to facilitate this Court's communication with appellant. *See* TEX. R. APP. P. 6.3(c), 9.1(b).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.